UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK JEROME DUCRE | CIVIL ACTION |
| VERSUS | NO. 08-5007 |
| BRYAN STEINERT, ID #1653, ST. TAMMANY PARISH SHERIFF DEPUTY | SECTION "N" (4) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Patrick Jerome Ducre's claim is **DISMISSED WITH PREJUDICE** to its being asserted again until the *Heck* conditions are met.

New Orleans, Louisiana, this 2nd day of May, 2009.

UNITED STATES DISTRICT JUDGE